UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X          Civil No.
RAFAEL FIGUEROA,                                                                   19-cv-210 (RA)

                                        Plaintiff,

                                                                                  NOTICE OF
                    -against-                                                     APPEARANCE


IRENE YAGUDAEV and SOLOMON YAGUDA,

                                        Defendants.
------------------------------------------------------------------------X
            Please take notice that the undersigned attorney, an associate at Brand Glick Brand, PC, is

also appearing on behalf of the defendants, IRENE YAGUDAEV and SOLOMON YAGUDA, in

the above matter.


Dated:  Garden City, New York
            February 4, 2019


                                        Respectfully Submitted
                                        BRAND GLICK & BRAND, P.C.
                                        Attorneys for Defendants

                    By:_____
                                        Anna Bangiyev, Esq.
                                        600 Old Country Rd, Suite 440
                                        Garden City, New York 11530
                                        (516) 746-3500


TO:

            Grey and Grey, LLP
            Attorneys for Plaintiff
            360 Main Street
            Farmingdale, New York 11735