# BRANDGLICKBRAND
## Attorneys at Law

February 4, 2019

Grey and Grey, LLP
360 Main Street
Farmingdale, New York 11735

      Re:    Rafael Figueroa v. Irene Yagudaev, et. al.
              Index No.: 19-CV-210 (RA)
              Our File No. 28-13382

Dear Counselor:

Enclosed please find a Copy of Order and Notice of Initial Conference.

Thank you for your attention in this matter.

                              Sincerely,
                              Brand Glick Brand

                              *Anna Bangiyev*

                              Anna Bangiyev




UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/14/19

RAFAEL FIGUEROA,

               Plaintiff,

      v.

IRENE YAGUDAEV and SOLOMON YAGUDAEV,

               Defendants.

No. 19-CV-210 (RA)

ORDER AND NOTICE
OF INITIAL CONFERENCE

RONNIE ABRAMS, United States District Judge:

    ORDERED that counsel for all parties appear for an initial status conference on February 21, 2019 at 2:15 p.m. in Courtroom 1506 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York.

    IT IS FURTHER ORDERED that, by February 14, 2019, the parties submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;

2. A brief explanation of why jurisdiction and venue lie in this Court. If any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. If any party is a partnership, limited partnership, limited liability company or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners and/or trustees;

3. A brief description of all contemplated and/or outstanding motions;

4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6.  The estimated length of trial; and

7.  Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that, by February 14, 2019, the parties jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at http://nysd.uscourts.gov/judge/Abrams. The status letter and the proposed case management plan should be filed electronically on ECF, consistent with the Court's Electronic Case Filing (ECF) Rules & Instructions, which were updated on August 1, 2018, and are available at nysd.uscourts.gov/ecf/ECF%20Rules%20080118%20Final.pdf. Please consult my Individual Rules and Practices with respect to communications with Chambers and related matters.

Defendants are ordered to serve Plaintiff with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated:   January 14, 2019
         New York, New York

_____
Ronnie Abrams
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   Civil No. 19-cv-210 (RA)
RAFAEL FIGUEROA,

                       Plaintiff,

-against-                                        **AFFIDAVIT OF SERVICE**

IRENE YAGUDAEV and SOLOMON YAGUDA,

                       Defendants.
------------------------------------------------------------------------X

STATE OF NEW YORK )
                       ss.:
COUNTY OF NASSAU )

      **Monika Lupo**, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over 18 years of age and resides in Suffolk, New York.

      That on the 4th day of February, 2019 deponent served the within: ORDER AND NOTICE OF INITIAL CONFERENCE **upon:**

Grey and Grey, LLP
*Attorneys for Plaintiff*
360 Main Street
Farmingdale, New York 11735

addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in a post office - official depository under the exclusive care and custody of the United States Postal Service within New York State.

                                                          Monika Lupo

Sworn to before me this
4th day of February 2019

_____
Notary Public

                        **JUDITH SALTZMAN**
                Notary Public, State of New York
                      No. 01SA6261143
                Qualified in Nassau County
            Commission Expires May 7, 20 20