## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK        }
                         }  ss.:
COUNTY OF NASSAU         }

MONIKA LUPO, being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age and resides in Suffolk County, New York.

That on the 7th day of March, 2019, deponent served the within:

**THIRD PARTY SUMMONS**
**THIRD PARTY COMPLAINT**

upon:

GREY AND GREY, LLP
*Attorneys for Plaintiff*
360 Main Street
Farmingdale, New York 11735
(516) 249-1342

the addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

MONIKA LUPO

Sworn to before me this
7th day of March, 2019

_____
Notary Public

ANNA BANGIYEV
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BA6321610
Qualified in Queens County
My Commission Expires March 23, 2019