UNITIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

RAFAEL FIGUEROA,

        Plaintiff

    -against-

IRENE YAGUDAEV and SOLOMON YAGUDAEV,

        Defendants

-----------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

19-CV-2l0(RA)

S I R S :

        **PLEASE TAKE NOTICE**, that the undersigned attorney SHERMAN B. KERNER hereby appears in the above entitled action on behalf of plaintiff RAFAEL FIGUEROA in connection with the above matter.

Dated:      Farmingdale, New York
            March 5, 2019

                           Yours, etc.

                           SHERMAN B. KERNER
                           Grey and Grey, LLP
                           Attorneys for Plaintiff(s)
                           360 Main Street
                           Farmingdale, New York 11735
                           516.249.1342
                           Our File No. 17-0702

TO:    BRAND GLICK & BRAND, P.C.
       Attorneys for Defendants
       600 Old Country Road, Suite 440
       Garden City, NY 11530
       (516) 746-3500