AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| RAFAEL FIGUEROA<br>*Plaintiff*<br>v.<br>IRENE YAGUDAEV and SOLOMON YAGUDAEV<br>*Defendant, Third-party plaintiff*<br>v.<br>NRG MAGIC CONSTRUCTION<br>*Third-party defendant* | Civil Action No. 19-cv-210(RA) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   NRG MAGIC CONSTRUCTION INC.
102-10 63rd Road
Forest Hills, NY 11375

   A lawsuit has been filed against defendant   IRENE YAGUDAEV et ano, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   RAFAEL FIGUEROA   .

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

BRAND GLICK & BRAND, P.C.
600 Old Country Road, Suite 440
Garden City, NY 11530

   It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
GREY & GREY, LLP
360 Main Street
Farmingdale, NY 11735

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

   A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: _____

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*