AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| RAFAEL FIGUEROA<br>*Plaintiff*<br>v.<br>IRENE YAGUDAEV and SOLOMON YAGUDAEV<br>*Defendant, Third-party plaintiff*<br>v.<br>NRG MAGIC CONSTRUCTION INC.,<br>*Third-party defendant* | Civil Action No. 19-cv-210(RA) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  NRG MAGIC CONSTRUCTION INC.
102-10 63rd Road
Forest Hills, NY 11375

A lawsuit has been filed against defendant IRENE YAGUDAEV et ano, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff RAFAEL FIGUEROA.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

BRAND GLICK & BRAND, P.C.
600 Old Country Road, Suite 440
Garden City, NY 11530

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
GREY & GREY, LLP
360 Main Street
Farmingdale, NY 11735

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: 3/14/2019

CLERK OF COURT

/S/ P. NEPTUNE
*Signature of Clerk or Deputy Clerk*

