Case 1:19-cv-00210-RA   Document 17   Filed 04/08/19   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFAEL FIGUEROA,

                      Plaintiff,

    -against-

IRENE YAGUDAEV, ET ANO.,

        Defendants, Third Party Plaintiffs,

    -against-

NRG MAGIC CONSTRUCTION INC.,

                Third Party Plaintiff.

Civil Action No. 19-cv-210(RA)

AFFIDAVIT OF SERVICE

---

State of New York)
            SS.:
County of Albany)

Jeffrey Teitel, being duly sworn, deposes and says that deponent is over the age of eighteen years, and is not a party to this action.

That on the 4th day of April 2019 at the office of the Secretary of State of New York in the City of Albany he served the annexed Summons on a Third Party Complaint and Third Party Complaint on **NRG MAGIC CONSTRUCTION INC.** by delivering and leaving with Nancy Dougherty, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of $40.00 Dollars. That said service was pursuant to section 306 of the Business Corporation Law.

Deponent further states that he knew the person so served as forsaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age | Height | Weight |
|---|---|---|---|---|---|
| ___ Male | ✓ White | ___ Light | ___ 20-30 | ✓ 5'-5'5" | ✓ 100-150 |
| ✓ Female | ___ Black | ___ Medium | ___ 31-40 | ___ 5'6"-6' | ___ 151-200 |
|  | ___ Other | ✓ Dark | ___ 41-50 | ___ 6'1"-6'5" | ___ 200-250 |
|  |  |  | ___ 51-60 | ___ 6'6"+ | ___ 250+ |
|  |  |  | ✓ 61-70 |  |  |

Sworn to before me this 4th day of
April, 2019

_Hilary Teitel_
Hilary Teitel
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires September 11, 2021

_Jeffrey Teitel_
Jeffrey Teitel