```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/22/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAFAEL FIGUEROA,

        Plaintiff,

v.

IRENE YAGUDAEV and SOLOMON YAGUDAEV,

        Defendants.

---

IRENE YAGUDAEV and SOLOMON YAGUDAEV,

        Third-Party Plaintiffs,

v.

NRG MAGIC CONSTRUCTION INC.,

        Third-Party Defendant.

---

No. 19-CV-210 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Third-Party Plaintiffs served Third-Party Defendant with a Summons and Third-Party Complaint on April 8, 2019. *See* Dkt. 17. Third-Party Defendant has not appeared nor responded to the Third-Party Complaint and the time to do so has passed. No later than May 29, 2019, Third-Party Plaintiffs shall file a letter informing the Court as to whether they intend to move for default judgment against Third-Party Defendant.

SO ORDERED.

Dated:   May 22, 2019
         New York, New York

                                            Ronnie Abrams
                                            United States District Judge