UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
RAFAEL FIGUEROA,                                              Civil No.: 19-cv-210 (RA)

                              Plaintiff,
                                                                                **MOTION FOR**
    -against-                                                                **DEFAULT JUDGMENT**

IRENE YAGUDAEV and SOLOMON YAGUDAEV,

                              Defendants.
-------------------------------------------------------------------------X
IRENE YAGUDAEV and SOLOMON YAGUDAEV,

                            Third-Party Plaintiffs,

    - against –

NRG MAGIC CONSTRUCTION INC.,

                            Third-Party Defendant,
-------------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the annexed affirmation of Anna Bangiyev, Esq., the exhibits thereto, and all of the pleading and proceeding heretofore had herein, the undersigned will move this Court before Hon. Ronnie Abrams at the United States District Court Southern District of New York located at 40 Foley Square, Room 2203, New York, NY 10007 for an Order pursuant to Federal Rules of Civil Procedure 55(b)(2) and Local Rule 55.2(b), granting the defendants/third-party plaintiffs, IRENE YAGUDAEV and SOLOMON YAGUDAEV, a default judgment against third-party defendant, NRG MAGIC CONSTRUCTION INC., based upon their failure to appear and/or serve their Answer in the above-caption action, together with such other and further relief as may be just and proper.

Dated: Garden City, New York
August 26, 2019

                                    Yours etc.,
                                    BRAND GLICK & BRAND, P.C.

By:_____
      ANNA BANGIYEV
      Attorneys for defendants/
      third-party plaintiffs
      600 Old Country Road, Suite 440
      Garden City, New York 11530
      (516) 746-3500

TO:   GREY AND GREY, LLP
       *Attorneys for Plaintiff*
       360 Main Street
       Farmingdale, New York 11735
       (516) 249-1342

       NRG MAGIC CONSTRUCTION INC.
       *Third-Party Defendant*
       102-10 63rd Road
       Forest Hills, NY 11375