David P. Grey – Ret.
Robert E. Grey
Brian P. O'Keefe
Daniel A. Dutton
Alissa P. Gardos
Sherman B. Kerner
Christa M. Collins
Sanjai Doobay

Ronald L. Epstein
Peter Tufo
Steven D. Rhoads
Evelyn F. Gross
Andra Fraiberg-Vetro
Stuti Desai
Stuart S. Muroff
Maribel Gomez



# GREY & GREY, LLP
### Attorneys at Law

Reply to:
360 Main Street
Farmingdale, New York 11735
(516) 249-1342
www.GreyandGrey.com

October 8, 2019

Honorable Magistrate Judge Ronnie Abrams
United States Magistrate
Southern District of New York
500 Pearl Street
New York N.Y. 10007

Re: Rafael Figueroa v. Irene Yagudaev and Solomon Yagudaev
Docket No. 19-cv-210

Dear Magistrate Abrams:

We represent the Plaintiff, Rafael Figueroa in the above-referenced matter and make this Motion seeking an extension of time to serve the Amended Summons and First Amended Complaint as well as to request a new date for the Status Conference currently scheduled for October 24, 2019.

My office has not been receiving emails from the Court due to our clerical error. In checking the status of the case today I found that I was not listed as a Noticed attorney only the Lead attorney, therefore I was not receiving any email notifications. My paralegal called the ECF help desk and requested a correction to this error which was completed. However I now saw the Order dated September 24, 2019 granting my motion to add the additional defendants and the date to have these additional parties has now passed. In addition I have learned that a Status Conference is currently scheduled for October 24, 2019.

Wherefore, Plaintiff herein requests that this Honorable Court grant Plaintiff leave to an extension of time to serve the additional defendants and also ask the Court to change the date of the Status Conference to November 7, 2019. Plaintiff thanks the court for its attention and courtesies in these matters.

**NASSAU**
360 Main Street
Farmingdale, NY 11735
(516) 249-1342
*By Appointment Only

**SUFFOLK***
646 Main Street
Port Jefferson, NY 11777
(631) 249-1342

**QUEENS**
118-35 Queens Boulevard
Suite 1505
Forest Hills, NY 11375
(718) 268-5300

**MANHATTAN**
111 Broadway
Suite 809
New York, NY 10006
(212) 964-1342

**BRONX***
305 East 149th Street
Second Floor
Bronx, NY 10451
(718) 268-5300

**WESTCHESTER***
300 Hamilton Avenue
Suite 209
White Plains, NY 10601
(914) 984-2292

Page Two
October 8, 2019

                                      Very truly yours,
                                      GREY & GREY, LLP

                                      By: Evelyn F. Gross, Esq.
                                      egross@greyandgrey.com

EFG/lm

cc:    Brand Glick Brand
       600 Old Country Road
       Suite 440
       Garden City, NY 11530

       Inclinator Elevette Co. of New York, Inc.
       1213 Teaneck Road
       Teaneck, New Jersey 07666

       APS Electric, Inc,
       257 54th Street, 2nd Floor
       Brooklyn, NY 11220

       New York Plumbing Works Inc.
       109-25 Corona Avenue
       Corona, New York 11368

       R.C.M. Electric Corp.
       1915 McDonald Avenue, 1st Floor
       Brooklyn, New York 11223

       Sal D'Amico Construction, Inc.
       145-40 23rd Avenue
       Whitestone, New York 11357

       Giron Contracting Inc.
       147-20  75th Avenue
       Kew Garden Hills, NY 11367