David P. Grey – Ret.
Robert E. Grey
Brian P. O'Keefe
Daniel A. Dutton
Alissa P. Gardos
Sherman B. Kerner
Christa M. Collins
Sanjai Doobay

Ronald L. Epstein
Peter Tufo
Steven D. Rhoads
Evelyn F. Gross
Andra Fraiberg-Vetro
Stuti Desai
Stuart S. Muroff
Maribel Gomez



**GREY & GREY, LLP**

Attorneys at Law



Reply to:
360 Main Street
Farmingdale, New York 11735
(516) 249-1342
www.GreyandGrey.com

MEMO ENDORSED



USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED

10/9/19

October 8, 2019

Honorable ~~Magistrate~~ Judge Ronnie Abrams
United States Magistrate
Southern District of New York
500 Pearl Street
New York N.Y. 10007

Re: Rafael Figueroa v. Irene Yagudaev and Solomon Yagudaev
Docket No. 19-cv-210

Dear ~~Magistrate~~ Judge Abrams:

We represent the Plaintiff, Rafael Figueroa in the above-referenced matter and make this Motion seeking an extension of time to serve the Amended Summons and First Amended Complaint as well as to request a new date for the Status Conference currently scheduled for October 24, 2019.

My office has not been receiving emails from the Court due to our clerical error. In checking the status of the case today I found that I was not listed as a Noticed attorney only the Lead attorney, therefore I was not receiving any email notifications. My paralegal called the ECF help desk and requested a correction to this error which was completed. However I now saw the Order dated September 24, 2019 granting my motion to add the additional defendants and the date to have these additional parties has now passed. In addition I have learned that a Status Conference is currently scheduled for October 24, 2019.

Wherefore, Plaintiff herein requests that this Honorable Court grant Plaintiff leave to an extension of time to serve the additional defendants and also ask the Court to change the date of the Status Conference to November 7, 2019. Plaintiff thanks the court for its attention and courtesies in these matters.

| NASSAU | SUFFOLK* | QUEENS | MANHATTAN | BRONX* | WESTCHESTER* |
|---|---|---|---|---|---|
| 360 Main Street | 646 Main Street | 118-35 Queens Boulevard | 111 Broadway | 305 East 149th Street | 300 Hamilton Avenue |
| Farmingdale, NY 11735 | Port Jefferson, NY 11777 | Suite 1505 | Suite 809 | Second Floor | Suite 209 |
| (516) 249-1342 | (631) 249-1342 | Forest Hills, NY 11375 | New York, NY 10006 | Bronx, NY 10451 | White Plains, NY 10601 |
| *By Appointment Only | | (718) 268-5300 | (212) 964-1342 | (718) 268-5300 | (914) 984-2292 |

Page Two
October 8, 2019

Very truly yours,
GREY & GREY, LLP

By: Evelyn F. Gross, Esq.
egross@greyandgrey.com

EFG/lm

cc:    Brand Glick Brand
       600 Old Country Road
       Suite 440
       Garden City, NY 11530

       Inclinator Elevette Co. of New York, Inc.
       1213 Teaneck Road
       Teaneck, New Jersey 07666

       APS Electric, Inc,
       257 54th Street, 2nd Floor
       Brooklyn, NY 11220

       New York Plumbing Works Inc.
       109-25 Corona Avenue
       Corona, New York 11368

       R.C.M. Electric Corp.
       1915 McDonald Avenue, 1st Floor
       Brooklyn, New York 11223

       Sal D'Amico Construction, Inc.
       145-40 23rd Avenue
       Whitestone, New York 11357

       Giron Contracting Inc.
       147-20 75th Avenue
       Kew Garden Hills, NY 11367

---

Application granted. Plaintiff shall filed his proposed Amended Complaint on the docket as his First Amended Complaint. Plaintiff shall serve a copy of this order on the newly added Defendants, together with the amended Summons and First Amended Complaint, by October 18, 2019.

The status conference is adjourned until November 15, 2019 at 11:00 a.m. No later than one week in advance of the conference the parties shall submit a joint status letter and a proposed revised case management plan.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
October 9, 2019