Ginsburg & Misk LLP
Gerard N. Misk, Esq. (gm7428)
Attorneys for Defendant
Giron Contracting Inc.
215-48 Jamaica Avenue
Queens Village, New York 11428
Telephone: (718) 468-0500
Facsimile: (718) 468-0592

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RAFAEL FIGUEROA,

      Plaintiff,         Case No:
 -against-             19-cv-210(RA)

IRENE YAGUDAEV, SOLOMON YAGUDAEV,
APS ELECTRIC INC., GIRON CONTRACTING INC.,
INCLINATOR ELEVETTE CO. OF NEW YORK, INC..
NEW YORK PLUMBING WORKS, INC., R.C.M.
ELECTRIC CORP. and SAL D.AMICO
CONSTRUCTION, INC.,

    Defendants.
-------------------------------------------------------------------X
IRENE YAGUDAEV and SOLOMON YAGUDAEV,

      Third Party Plaintiffs,
 -against-

NRG MAGIC CONSTRUCTION,

      Third Party Defendant.
-------------------------------------------------------------------X

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant, Giron Contracting Inc., A DOMESTIC LIMITED LIABILITY COMPANY, a private non-governmental party, certifies that the entity (i) is not publicly held, (ii) has no parent corporations, and (iii) no publicly held corporation owns 10% or more of its stock.

Dated: November 5, 2019

                       GERARD N. MISK, ESQ. (gm7428)

litclient:nrg.giron