UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RAFAEL FIGUEROA,

                                      Plaintiff,        Civil No. 19-CV-210(RA)

  - against -

IRENE YAGUDAEV, SOLOMON YAGUDAEV,        **NOTICE OF**
APS ELECTRIC INC., GIRON CONTRACTING INC.,   **APPEARANCE**
INCLINATOR ELEVETTE CO. OF NEW YORK, INC.,
NEW YORK PLUMBING WORKS, INC., R.C.M.
ELECTRIC CORP. and SAL D'AMICO
CONSTRUCTION, INC.,

                                    Defendants,
-------------------------------------------------------------------X
IRENE YAGUDAEV and SOLOMON YAGUDAEV,

                              Third-Party Plaintiffs,

  - against -

NRG MAGIC CONSTRUCTION,

                            Third-Party Defendant,
-------------------------------------------------------------------X

       **PLEASE TATE NOTICE**, that the undersigned attorney, an associate of the Law Office of Kevin P. Westerman is appearing on behalf of the defendant, SAL D'AMICO CONSTRUCTION, INC. in the above matter.

Dated: Elmsford, New York
       November 13, 2019

                                                                  Nir Gadon, Esq.
                                                                  Law Office of Kevin P. Westerman
                                                                   Attorneys for Defendant
                                                                   Sal D'Amico Construction, Inc.
                                                                   565 Taxter Road, Ste. 110
                                                                   Elmsford, NY 10523
                                                                   (914) 409-0157
                                                                   Gadonn1@nationwide.com

To:

Evelyn Gross, Esq.
Grey & Grey LLP
Attorneys for Plaintiff
360 Main Street
Farmingdale, NY 11735
(516) 249-1342
File No.: 17-0702

Brand Glick & Brand
Attorneys for Defendants/Third-Party Plaintiffs
Irene Yagudaev & Solomon Yagudaev
600 Old Country Road, Ste. 440
Garden City, NY 11530
(516) 746-3500

APS Electric Inc.
257 54th Street, 2nd Floor
Brooklyn, NY 11220

Giron Contracting Inc.
147-20 75th Avenue
Kew Garden Hills, MY 11367

Inclinator Elevette Co. of New York, Inc.
1213 Teaneck Road
Teaneck, NJ 07666

New York Plumbing Works, Inc.
109-25 Corona Avenue
Corona, NY 11368

R.C.M. Electric Corp.
1915 McDonald Avenue, 1st Floor
Brooklyn, NY 11223