USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/15/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAFAEL FIGUEROA,

        Plaintiff,

v.

IRENE YAGUDAEV; SOLOMON YAGUDAEV; NEW YORK PLUMBING WORKS, INC.; APS ELECTRIC INC.; GIRON CONTRACTING INC.; INCLINATOR ELEVETTE CO. OF NEW YORK, INC.; R.C.M. ELECTRIC CORP.; SAL D'AMICO CONSTRUCTION, INC.,

        Defendants.

No. 19-CV-210 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On November 13, 2019, Plaintiff Rafael Figueroa filed a motion to remand this action to the Supreme Court of New York, Bronx County. Dkt. 35. Two days later, the Court held a previously scheduled status conference, at which counsel for Plaintiff and for Defendants Irene Yagudaev, Solomon Yagudaev, Giron Contracting Inc., and Sal D'Amico Construction, Inc. appeared.[1] At the conference, the parties all agreed that there was no legal basis for jurisdiction in federal court because there is not complete diversity. The parties, therefore, consented to remanding the case to state court.

Accordingly, this case is remanded to state court, and the Clerk of Court is respectfully directed to close this action in its entirety.

SO ORDERED.

Dated:    November 15, 2019
            New York, New York

Ronnie Abrams
United States District Judge

---

[1] To date, Defendants New York Plumbing Works, Inc., APS Electric Inc., Inclinator Elevette Co. of New York, Inc., and R.C.M. Electric Corp. and third-party Defendant NRG Magic Construction Inc. have not appeared.